UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

Strike 3 Holdings LLC

　　　　　　　　　　Plaintiff,　　　　:　　26-cv-4125 (ALC)

　　　　　-against-　　　　　　　　:　　ORDER

　　　Doe

　　　　　　　　　,Defendant　　　　:

---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

　　Plaintiff's request to file a Motion seeking Leave to File a Third Party Subpoena Pursuant to Fed. R. Civ. P. 26(d)(1) is GRANTED.

　　The Clerk of Court is respectfully directed to terminate ECF No. 6.

SO ORDERED.

Dated:　　June 11, 2026
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge