MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ____________
DATE FILED: 8/18/26

JACQUELINE M. JAMES, ESQ.

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMES@JACQUELINEJAMESLAW.COM
JACQUELINEJAMESLAW.COM

August 17, 2026

The Honorable Andrew L. Carter, Jr
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

***Re: 1:26-cv-04125-ALC; Plaintiff's Request for an Extension of Time Within Which to Effectuate Service on Defendant***

Dear Judge Carter,

The James Law Firm, PLLC represents Plaintiff in the above captioned matter. This matter has been filed as a John Doe against the internet subscriber assigned the referenced IP address. Plaintiff respectfully requests an extension of the time within which to effectuate service on John Doe.

On May 18, 2026, Plaintiff filed the instant case against John Doe subscriber assigned IP address 68.174.152.80 claiming Defendant's direct infringement of Plaintiff's works through BitTorrent protocol.

On June 15, 2026, Plaintiff filed a Motion for Leave to Serve a Third-Party Subpoena Prior to a Rule 26(f) Conference ("Motion for Leave") in order to serve a third-party subpoena on Defendant's ISP.

As of the date of this filing, Plaintiff's Motion for Leave is still pending before the Court. Without permission to serve a third-party subpoena on Defendant's ISP, Plaintiff cannot learn Defendant's identity and, therefore, is currently unable to comply with the deadline to effect service of process.

Pursuant to Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effect service on the Defendant no later than August 16, 2026.

Plaintiff respectfully requests that the deadline to effect service be extended for an additional sixty (60) days, and thus the deadline to effect service be extended to October 15, 2026. This extension should allow Plaintiff time to receive the ISP response, to conduct a further

investigation to assist in determining whether the individual identified by the ISP is the appropriate defendant for this action, and, if a good faith basis continues to exist, to proceed against that individual (or someone else), amend the Complaint to name the Defendant and attempt to effect service of process on that individual.

For the foregoing reasons, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Amended Complaint on Defendant be extended to October 15, 2026.

Respectfully Submitted,

By: /s/*Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
jjames@jacquelinejameslaw.com

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

8/18/26

Plaintiff's motion for early discovery and motion for an extension is granted. The Clerk of Court is respectfully directed to terminate ECF Nos. 8 and 10.